**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF MICHIGAN
110 MICHIGAN N.W.
GRAND RAPIDS, MICHIGAN 49503-2363

**SELF INITIATED
AMENDMENT**

**GORDON J. QUIST**
JUDGE

TEL: (616) 456-2253
FAX: (616) 456-2243

June 28, 2006

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC  20544

## AMENDMENT TO FINANCIAL DISCLOSURE REPORTS 2004 & 2005

For the last two years, I have been acting as secretary of Riverwood, a residential site condominium of seven houses in Kent County, Michigan.  I think this should have been reported.



Gordon J. Quist
U.S. District Judge

GJQ/jmt

| 1. Person Reporting (last name, first, middle initial) QUIST, GORDON J | 2. Court or Organization DISTRICT CT-WESTERN DIST. MICH | 3. Date of Report 05/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address 482 G.R. FORD FEDERAL COURTHSE 110 MICHIGAN NW GRAND RAPIDS MI 49503-2363 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 22 A 11:17 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. UNIVERSITY OF MICHIGAN | ICLE PROGRAM- JULY 15 AND 16, MACKINAW ISLAND, MI, TRAVEL, HOTEL AND MEALS |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. AMERICAN EXPRESS | CREDIT CARD DEBT | J |
| 2. U.S. BANK | CREDIT CARD DEBT | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ONE | A | Interest | J | T | | | | | |
| 2. BANK ONE | A | Interest | J | T | | | | | |
| 3. FIDELITY PURITAN | A | Dividend | | | SELL | 3/31 | J | B | |
| 4. SCHWAB TAX EXEMPT FUND - BROKERAGE ACCT #1 | A | Dividend | J | T | | | | | |
| 5. SCHWAB MONEY MARKET-BROKERAGE ACCT #2 | B | Dividend | L | T | BUY | 4/30 | K | | |
| 6. JOHN HANCOCK LIFE INSURANCE (WAS NORTH AMERICAN LIFE ASSN) | | None | J | T | | | | | |
| 7. NORTHWEST MUT. LIFE INS | | None | L | T | | | | | |
| 8. MACTAWA BANK | A | Interest | J | T | | | | | |
| 9. FIDELITY CASH RESERVES | A | Dividend | | | SELL | 3/31 | K | | |
| 10. FIDELITY CAPITAL APPRECIATION | A | Dividend | | | SELL | 3/31 | J | B | |
| 11. FIDELITY FUND | A | Dividend | | | SELL | 3/31 | J | | |
| 12. SPARTAN INVESTMENT GRADE BOND | A | Dividend | | | SELL | 3/31 | J | A | |
| 13. FIDELITY BLUE CHIP GROWTH | A | Dividend | | | SELL | 3/31 | J | | |
| 14. FIDELITY MID-CAP STOCK | A | Dividend | | | SELL | 04/04 | J | B | |
| 15. FIDELITY PURITAN | A | Dividend | | | SELL | 04/04 | K | C | |
| 16. INDEPENDENT BANK | A | Interest | J | T | | | | | |
| 17. TRUST #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SCHWAB MONEY MARKET FUND | A | Dividend | | | SELL | 02/08 | K | | |
| 19. FEDERATED GOVT ULTRASHORT FUND | A | Dividend | | | SELL | 01/26 | J | | |
| 20. METROPOLITAN WEST LOW DURATION BOND FUND | A | Dividend | | | SELL | 01/26 | K | | |
| 21. SCHWAB YIELD PLUS INV SHARES | A | Dividend | | | SELL | 01/26 | K | | |
| 22. BROKERAGE ACCT #1 | | | | | | | | | |
| 23. FEDERATED MI INTERM MUNI TRUST | A | Dividend | | | SELL | 4/21 | J | | |
| 24. | | | | | BUY | 2/18 | J | | |
| 25. METROPOLITAN WEST HIGH YIELD BOND FUND CL M | A | Dividend | | | SELL | 4/21 | J | | |
| 26. METROPOLITAN WEST LOW DURATION BOND FUND CL M | A | Dividend | | | SELL | 4/21 | J | A | |
| 27. PARNASSUS EQUITY INCOME FUND | A | Dividend | | | SELL | 9/19 | J | A | |
| 28. | | | | | PARTIAL SALE | 9/6 | J | A | |
| 29. | | | | | PARTIAL SALE | 8/23 | J | A | |
| 30. AMEREN CORP | A | Dividend | | | SELL | 4/19 | J | A | |
| 31. BANK OF AMERICA 6.0% 34 INTERNOTES DUE 8/15/34 | A | Interest | | | SELL | 4/19 | J | A | |
| 32. BANK OF AMERICA CORP | A | Dividend | | | SELL | 4/15 | J | | |
| 33. DOW CHEMICAL COMPANY | A | Dividend | | | SELL | 4/15 | J | A | |
| 34. EXXON MOBIL CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNIVERSAL FOREST PRODUCT | A | Dividend | J | T | | | | | |
| 36. VERIZON COMMUNICATIONS | A | Dividend | | | SELL | 4/15 | J | | |
| 37. WACHOVIA CORP NEW | A | Dividend | | | SELL | 4/15 | J | A | |
| 38. WACHOVIA FDG 7.25% PFD | A | Dividend | | | SELL | 4/15 | J | A | |
| 39. BROKERAGE ACCT #2 | | | | | | | | | |
| 40. CONSTELLATION CIP ULTRA SHORT DURATION FIXED INCOME CL 1 | A | Dividend | J | T | | | | | |
| 41. DODGE & COX INCOME FUND | A | Dividend | | | SELL | 12/14 | J | | |
| 42. LOOMIS SAYLES BOND CL 1 | A | Dividend | J | T | | | | | |
| 43. NORTHERN HIGH YIELD FIXED INCOME FUND | A | Dividend | | | SELL | 12/14 | J | | |
| 44. ANADARKO PETROLEUM CORP | A | Dividend | J | T | | | | | |
| 45. DOW CHEMICAL COMPANY | A | Dividend | J | T | | | | | |
| 46. EXXON MOBIL CORPORATION | A | Dividend | J | T | | | | | |
| 47. GLAXOSMITHKLINE PLC ADRF SPONSORED ADR | A | Dividend | J | T | | | | | |
| 48. MACATAWA BANK CORP | A | Dividend | J | T | PARTIAL SALE | 4/19 | J | A | |
| 49. | | | | | BUY | 8/1 | J | | |
| 50. PROCTER & GAMBLE | A | Dividend | J | T | | | | | |
| 51. UNIVERSAL FOREST PRODUCT | A | Dividend | K | T | BUY | 4/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | BUY | 4/19 | J | | |
| 53. | | | | | BUY | 9/22 | J | | |
| 54. WACHOVIA FDG 7.25% PFD | A | Dividend | | | SELL | 8/2 | J | A | |
| 55. WARNER CHILCOTT PLC ADRF | | None | | | REDEEMED | 1/21 | J | B | |
| 56. AMERICAN CENTURY EQUITY INCOME FUND INV | A | Dividend | J | T | | | | | |
| 57. JENSEN PORTFOLIO CLASS J | A | Dividend | J | T | BUY | 5/10 | J | | |
| 58. JULIUS BAER INTL EQUITY FUND CL A | A | Dividend | K | T | BUY | 12/22 | J | | |
| 59. | | | | | BUY | 9/27 | J | | |
| 60. | | | | | BUY | 8/2 | J | | |
| 61. | | | | | BUY | 7/5 | J | | |
| 62. | | | | | BUY | 2/23 | J | | |
| 63. | | | | | BUY | 2/1 | J | | |
| 64. RAINIER SMALL/MID CAP EQUITY PORTFOLIO | A | Dividend | K | T | BUY | 12/06 | J | | |
| 65. | | | | | BUY | 11/25 | J | | |
| 66. | | | | | BUY | 11/2 | J | | |
| 67. | | | | | BUY | 10/5 | J | | |
| 68. | | | | | BUY | 6/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. RS GLOBAL NATURAL RESOURCES FUND | A | Dividend | K | T | BUY | 11/9 | J | | |
| 70. | | | | | BUY | 9/29 | J | | |
| 71. | | | | | BUY | 9/21 | J | | |
| 72. | | | | | BUY | 9/20 | J | | |
| 73. | | | | | BUY | 8/11 | J | | |
| 74. | | | | | BUY | 8/9 | J | | |
| 75. | | | | | BUY | 8/2 | J | | |
| 76. | | | | | BUY | 2/8 | J | | |
| 77. TCW GALILEO DIVIDEND FOC USED FUND | A | Dividend | J | T | BUY | 2/18 | J | | |
| 78. THIRD AVE REAL ESTATE VALUE FUND | A | Dividend | J | T | | | | | |
| 79. BANK OF AMERICA 6.0% 34 INTERNOTES DUE 8/15/34 | A | Interest | | | SELL | 4/19 | J | | |
| 80. BANK OF AMERICA CORP | A | Dividend | | | SELL | 8/1 | J | | |
| 81. | | | | | BUY | 1/3 | J | | |
| 82. | | | | | BUY | 2/10 | J | | |
| 83. TRUST #1 (CONTINUED) | | | | | | | | | |
| 84. AMEREN CORP 9.75% PFD | | None | | | SELL | 02/08 | J | A | |
| 85. AMEREN CORPORATION | | None | | | SELL | 02/08 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BANK OF AMERICA 6.0% 34 INTERNOTES DUE 8/15/34 | A | Interest | | | SELL | 02/08 | J | A | |
| 87. WACHOVIA FDG 7.25% PFD | | None | | | SELL | 02/08 | J | A | |
| 88. FEDERATED US GOVT SEC FUND | A | Dividend | | | SELL | 01/26 | J | | |
| 89. METROPOLITAN WEST INTERM BOND FUND CL M | A | Dividend | | | SELL | 01/26 | J | | |
| 90. METROPOLITAN WEST HIGH YIELD BOND FUND CL M | A | Dividend | | | SELL | 02/08 | J | | |
| 91. BROKERAGE ACCT #3 | | | | | | | | | |
| 92. OMI CORP | A | Dividend | | | SELL | 4/15 | J | | |
| 93. BANK OF AMERICA CORP 6.0% SUBORDINATED INTERNOTES | A | Interest | | | SELL | 4/19 | J | | |
| 94. STRUCTURED PROD CORTS IBM CORP | | None | | | SELL | 4/25 | J | A | |
| 95. DOW CHEMICAL CO | A | Dividend | | | SELL | 4/15 | J | A | |
| 96. GEORGIA POWER CO 6% SER W SENIOR NOTES | A | Interest | | | SELL | 4/15 | J | | |
| 97. THE JENSEN PORTFOLIO CL J | A | Dividend | | | SELL | 9/30 | J | A | |
| 98. KONINKLIJKE PHILIPS ELECTRS SPON ADR (NETHERLANDS) | A | Dividend | | | SELL | 4/15 | J | | |
| 99. MOTOROLA INC | A | Dividend | | | SELL | 4/15 | J | | |
| 100. OGE ENERGY CORP | A | Dividend | | | SELL | 4/26 | J | A | |
| 101. BROKERAGE ACCT #1 (CONTINUED) | | | | | | | | | |
| 102. RS GLOBAL NATURAL RESOURCES FD | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. THIRD AVENUE REAL ESTATE VAL | A | Dividend | J | T | | | | | |
| 104. VANGUARD SHRT TRM INVMNT GRD-BROKERAGE ACCT #3 | A | Dividend | | | SELL | 4/21 | J | | |
| 105. VANGUARD SM CAP GR INDEX-BROKERAGE ACCT #1 | A | Dividend | J | T | | | | | |
| 106. BROKERAGE ACCT #3 (CONTINUED) | | | | | | | | | |
| 107. SCOTTRADE CASH | A | Interest | | | REDEEMED | 4/30 | K | | |
| 108. COLGATE-PALMOLIVE CO | | None | | | SELL | 4/19 | J | | |
| 109. | | | | | BUY | 2/18 | J | | |
| 110. BROKERAGE ACCT #4 | | | | | | | | | |
| 111. GENTEX CORP | | None | J | T | BUY | 12/22 | J | | |
| 112. RAINIER SMALL/MID CAP | A | Dividend | J | T | BUY | 12/05 | J | | |
| 113. SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | OPENED | 10/28 | J | | |
| 114. BROKERAGE ACCT #5 | | | | | | | | | |
| 115. SCHWAB MONEY MARKET FUND | A | Dividend | J | T | BUY | 3/28 | J | | |
| 116. EXELON CORP | A | Dividend | J | T | BUY | 11/23 | J | | |
| 117. RAINIER SMALL/MID CAP EQUITY PORTFOLIO | A | Dividend | J | T | BUY | 12/5 | J | | |
| 118. | | | | | BUY | 11/23 | J | | |
| 119. RS GLOBAL NATURAL RESOURCES FUND | A | Dividend | J | T | BUY | 12/6 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | BUY | 12/5 | J | | |
| 121. | | | | | BUY | 11/23 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date  5/14/2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544